# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edwin Herbert Hundsdorfer, | No. CV-08-0251-PHX-DGC (JRI) |
| Petitioner, | **ORDER** |
| v. | |
| Robert Stewart, et al., | |
| Respondents. | |

Pending before the Court are Petitioner Edwin Herbert Hundsdorfer's petition for writ of habeas corpus and United States Magistrate Judge Irwin's Report and Recommendation ("R&R"). Dkt. ##1, 22. The R&R recommends that the Court dismiss Grounds 1 and 3 of the Petition with prejudice and deny the remainder of the petition. Dkt. #22 at 17. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 17 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court will accept the R&R and dismiss with prejudice Grounds 1 and 3 of the Petition and

| | |
|---|---|
| 1 | deny the remainder of the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court |
| 2 | "may accept, reject, or modify, in whole or in part, the findings or recommendations made |
| 3 | by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or |
| 4 | modify the recommended disposition; receive further evidence; or return the matter to the |
| 5 | magistrate judge with instructions."). |
| 6 | **IT IS ORDERED:** |
| 7 | 1. Magistrate Judge Irwin's R&R (Dkt. #22) is **accepted**. |
| 8 | 2. Grounds 1 and 3 of Petitioner Edwin Herbert Hundsdorfer's petition for writ |
| 9 | of habeas corpus (Dkt. #1) are **dismissed with prejudice**. The remainder of Petitioner |
| 10 | Edwin Herbert Hundsdorfer's petition for writ of habeas corpus (Dkt. #1) is **denied**. |
| 11 | 3. The Clerk of Court shall **terminate** this action. |
| 12 | DATED this 17th day of June, 2009. |

*/s/ David G. Campbell*
David G. Campbell
United States District Judge